## In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO.  09-17-00437-CR
_____

## LEVI LEVINESS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 163rd District Court**
**Orange County, Texas**
**Trial Cause No. B160503-R**

## ORDER

Counsel of record for Levi Leviness filed a motion to withdraw as counsel for the appellant. Although he signed the notice of appeal as counsel of record for the appellant, counsel informs the Court that he has not been retained as counsel for the appeal. No payment arrangements have been made for the clerk's record and no information regarding the appellant's ability to pay the costs of an appeal has been provided to this Court.

1

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for the purpose of determining whether counsel should be allowed to withdraw as counsel on appeal. The trial court shall determine whether appellant has retained new counsel for the appeal. If the trial court determines that counsel of record should be allowed to withdraw, and that appellant has not retained new counsel for the appeal, the trial court shall determine whether the appellant is indigent for purposes of obtaining a free record on appeal and shall determine whether counsel should be appointed, in which case the trial court may appoint new counsel for the appeal unless the trial court admonishes appellant as to the dangers of self-representation on appeal and determines that appellant's decision to relinquish the benefits associated with counsel and to proceed *pro se* is knowingly and intelligently made. All appellate timetables are suspended pending resolution of this matter in the trial court. A supplemental clerk's record containing any orders and findings made by the trial court pursuant to this Order, together with a reporter's record of any hearings conducted by the trial court, shall be filed with the Court of Appeals by March 9, 2018.

ORDER ENTERED February 7, 2018.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.

2